UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOIS ANN TORRES, as Personal
Representative of the Estate of Perry
Torres, deceased,

    Plaintiff,

vs.                                           Case No.3:01-cv-485-J-20TEM

THE PITTSTON CO., INC.,
et al.,

    Defendants.
_____/

## ORDER

It has come to the Court's attention that the Parties have reached a settlement on all claims (Doc. No. 74, filed 8/05/2005). Therefore, the case is **DISMISSED WITHOUT PREJUDICE** for <u>thirty (30) days</u>, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

    **DONE AND ENTERED** at Jacksonville, Florida, this ____ day of August, 2005.

                                                **HARVEY E. SCHLESINGER**
                                                **United States District Judge**

Copies to:
William Bald, Esq.
Kelly J. H. Garcia, Esq.

Ralf Losey, Esq.
Garry Randolph, CRD